An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARENTAL RIGHTS AS TO M.M.W. AND J.W.W., III, MINOR CHILDREN, | No. 68410 |

SPRING W.,

Appellant,

vs.

M.M.W. AND J.W.W., III; AND WASHOE COUNTY DEPARTMENT OF SOCIAL SERVICES,

Respondents.

**FILED**

SEP 2 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Matt Curlin_

cc:  Chief Judge, The Second Judicial District Court
Hon. Steven R. Kosach, Senior Judge
Washoe County Alternate Public Defender
Washoe County District Attorney
Washoe Legal Services
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-29463